UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PREFERRED CAROLINAS REALTY, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action 1:13-cv-00181-TDS-LPA |
| | ) |
| v. | ) |
| | ) |
| AMERICAN HOME REALTY NETWORK, | ) |
| INC., D/B/A NEIGHBORCITY.COM, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF PREFERRED CAROLINAS REALTY, INC.'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Preferred Carolinas Realty, Inc. ("Preferred Carolinas") hereby moves for partial summary judgment on its copyright infringement claims against Defendant American Home Realty Network, Inc. ("AHRN"). The undisputed evidence establishes that AHRN willfully copied and displayed photographs belonging to Preferred Carolinas without its permission, thereby infringing Preferred Carolinas' copyrights. As a matter of law, Preferred Carolinas is entitled to summary judgment with respect to AHRN's liability for willful copyright infringement, and the only issue that should remain for trial is the amount of damages.

Preferred Carolinas hereby incorporates the arguments set forth in the accompanying brief and the evidence cited therein.

Preferred Carolinas respectfully moves the Court (1) to grant summary judgment against AHRN with respect to liability for willful copyright infringement; (2) to enter a permanent injunction requiring that AHRN and its agents, servants, employees, officers, attorneys, successors, licensees, partners, and assigns, and all persons acting in concert or participation with each or any of them or any of their principals, cease directly or indirectly infringing, or causing, enabling, facilitating, encouraging, promoting, and inducing or participating in the infringement

of, any of Preferred Carolinas' copyrights or exclusive rights protected by the Copyright Act, whether now in existence or hereafter created and whether or not such copyrights have been registered; and (3) to grant all other just and proper relief.

Respectfully submitted, this the 13th day of May, 2013.

                              BARNES & THORNBURG LLP

                        BY:   /s/ Scott E. Murray
                               Robert D. MacGill (robert.macgill@btlaw.com)
                               Scott E. Murray (smurray@btlaw.com)
                               Barnes & Thornburg LLP
                               11 S. Meridian St.
                               Indianapolis, IN 46204
                               Telephone: (317) 236-1313
                               Facsimile: (317) 231-7433

                               /s/ Bryan T. Simpson
                               Bryan T. Simpson (bsimpson@tcdg.com)
                               NC Bar No. 20136
                               Teague, Campbell, Dennis & Gorham, LLP
                               Post Office Box 19207
                               Raleigh, NC  27619-9207
                               Telephone: (919) 873-0166
                               Facsimile: (919) 873-1814

                               *Attorneys for Preferred Carolinas Realty, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was electronically filed this 13th day of May, 2013. Notice of this filing will be sent to all parties listed below by operation of the Court's electronic filing system, which the parties may access through the Court's system.

> Larry McDevitt
> David Wilkerson
> Heather Whitaker Goldstein
> THE VAN WINKLE LAW FIRM
> 11 North Market Street
> Asheville, NC 28801

*s/Scott E. Murray*