UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PREFERRED CAROLINAS REALTY, INC., )
 )
                      Plaintiff, )    Civil Action 1:13-cv-00181-TDS-LPA
 )
v. )
 )
AMERICAN HOME REALTY NETWORK, )
INC., D/B/A NEIGHBORCITY.COM, )
 )
 )
                      Defendant. )

**PLAINTIFF PREFERRED CAROLINAS REALTY, INC.'S RULE 26(F) REPORT**

    1.    Pursuant to Fed.R.Civ.P. 26(f) and LR16.1(b), a meeting was held on June 10, 2013, by telephone and was attended by Bryan T. Simpson and Scott E. Murray for Plaintiff, and Larry McDevitt, Heather Goldstein, Richard Toikka, and additional attorneys for Defendant.

    2.    Discovery Plan. Plaintiff proposes to the Court the following discovery plan:

        a.    Discovery will be needed on the following subjects: Plaintiff's ownership and registration of the copyrights identified in the Complaint; Defendant's infringement of the Plaintiff's copyrights; Defendant's knowledge of Plaintiff's copyrights; the likelihood that Defendant will infringe Plaintiff's copyrights in the future; whether Defendant's infringement was willful; and additional areas relevant to the claim and defenses asserted in the pleadings.

        b.    Discovery shall be placed on a case-management track established in LR 26.1. Plaintiff that the appropriate plan for this case is that designated in LR 26.1(a) as: <u>Standard</u>.

        c.    The date for the completion of all discovery (general and expert) is: <u>October 24, 2013</u>.

d. Reports from retained experts under Rule 26(a)(2) are due during the discovery period. From Plaintiff by <u>August 24, 2013</u>. From Defendant by <u>September 24, 2013</u>. Rebuttal from Plaintiff by <u>October 10, 2013</u>.

e. Supplementations under Rule 26(e) are due: <u>September 14, 2013, and at least 30 days prior to trial</u>.

3. Mediation. Mediation should be conducted early in the discovery period, the exact date to be set by the mediator after consultation with the parties. The parties have not agreed on a mediator.

4. Preliminary Deposition Schedule. Plaintiff proposes the following schedule for depositions: depositions will generally be completed by both parties in August and September, 2013. Both parties will make their witnesses available for deposition in Greensboro, NC. The parties will cooperate to schedule any depositions of non-parties in August and September, 2013.

The parties will update this schedule at reasonable intervals.

5. Other items.

a. Plaintiff should be allowed until June 30, 2013, to request leave to join additional parties or amend pleadings.

b. Defendant should be allowed until July 7, 2013, to request leave to join additional parties or amend pleadings.

c. After these dates, the Court will consider, inter alia, whether the granting of leave would delay trial.

d. The parties have discussed special procedures for managing this case, including reference of the case to a Magistrate Judge on consent of the parties under 28 U.S.C.

§§636(c), or appointment of a master: The parties do not agree to consent to a Magistrate Judge, and they do not believe that appointment of a master is necessary.

  e. Trial of the action is expected to take approximately three (3) days. A jury trial has been demanded by Defendant.

Date: June 21, 2013

        BY: /s/ Scott E. Murray
          Robert D. MacGill (robert.macgill@btlaw.com)
          Scott E. Murray (smurray@btlaw.com)
          Barnes & Thornburg LLP
          11 S. Meridian St.
          Indianapolis, IN 46204
          Telephone: (317) 236-1313
          Facsimile: (317) 231-7433

          /s/ Bryan T. Simpson
          Bryan T. Simpson (bsimpson@tcdg.com)
          NC Bar No. 20136
          Teague, Campbell, Dennis & Gorham, LLP
          Post Office Box 19207
          Raleigh, NC  27619-9207
          Telephone: (919) 873-0166
          Facsimile: (919) 873-1814

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically through the Court's ECF system on this 21st day of June, 2013. Accordingly, a copy has been made available electronically to each of the following counsel of record:

    CHRISTOPHER R. MILLER    c.miller@neighborcity.com

    LARRY STEPHEN MCDEVITT    lmcdevitt@vwlawfirm.com,
c.miller@neighborcity.com, dwilkerson@vwlawfirm.com, hgoldstein@vwlawfirm.com, lpf@farkastoikka.com, mhollocker@vwlawfirm.com, rst@farkastoikka.com, sgarrett@vwlawfirm.com

    RICHARD S. TOIKKA    rst@farkastoikka.com

    *Scott E. Murray*