# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PREFERRED CAROLINAS REALTY, INC.,     )
                                             )

                      Plaintiff,         )     Civil Action 1:13-cv-00181-TDS-LPA
                                               )

        v.                                 )
                                               )

AMERICAN HOME REALTY NETWORK,     )
INC., D/B/A NEIGHBORCITY.COM,         )
                                               )

                      Defendant.       )

## JOINT RULE 26(f) REPORT

1.       Pursuant to Fed.R.Civ.P. 26(f) and LR16.1(b), a meeting was held on June 10, 2013, by telephone and was attended by Bryan T. Simpson and Scott E. Murray for Plaintiff, and Larry McDevitt, Heather Whitaker Goldstein, Richard Toikka, Russell Paige, and Rachel L.T. Rodriguez for Defendant. Additional discussions were also had after a hearing with the Court on June 24, 2013. This joint report reflects the outcome of those meetings and discussions.

2.       Discovery Plan. The parties propose to the Court the following discovery plan:

a.       Discovery will be needed on the following subjects: Plaintiff's alleged ownership and registration of the copyrights identified in the Complaint; Defendant's alleged infringement of the Plaintiff's copyrights; Defendant's knowledge of Plaintiff's alleged copyrights; the likelihood that Defendant will infringe Plaintiff's copyrights in the future; whether Defendant's alleged infringement was willful; and additional areas relevant to the claims and defenses asserted in the pleadings. Defendant's proposed discovery will include, without limitation, Defendant's defense of copyright misuse. Plaintiff reserves the right to object to such discovery on multiple bases, including on the basis that Defendant has not specified facts making such a defense plausible.

b.      Discovery shall be placed on a case-management track established in LR

26.1.  The parties agree that the appropriate plan for this case is that designated in LR 26.1(a) as:

<u>Complex</u>.

c.      The date for the completion of all discovery (general and expert) is:

<u>January 1, 2014</u>.

d.      Reports from retained experts under Rule 26(a)(2) are due during the

discovery period.  From Plaintiff by <u>September 1, 2013</u>.  From Defendant by <u>October 1, 2013</u>.

Rebuttal from Plaintiff directed solely to contradict or rebut Defendant's expert(s)'s opinions by

<u>November 1, 2013</u>.

e.      Supplementations under Rule 26(e) are due: <u>seasonably during discovery</u>

<u>and at least 30 days prior to trial</u>.

3.      Mediation. Mediation should be conducted during the discovery period, with the

date to be mutually agreed to by the parties. The parties have not agreed on a mediator.

4.      Preliminary Deposition Schedule. Preliminarily, the parties agree to the following

schedule for depositions:  parties may notice depositions for any time during the discovery

period.  The parties agree to provide reasonable notice and to cooperate to schedule depositions

for the earliest possible date reasonably requested by any other party. Plaintiff anticipates taking

Defendant's deposition in August 2013.  Defendant at this time does not have any anticipated

dates for taking the deposition of Plaintiff or its witnesses.  Plaintiff will make its witnesses

available for deposition in Greensboro, NC, or at any other mutually-agreed upon location;

Defendant will make its witnesses available for deposition where they work or reside, which in

the case of Defendant and its employees will be San Francisco, CA, or at any other mutually-

agreed upon location.

The parties will update this schedule at reasonable intervals.

5.      Other items.

        a.      Plaintiff should be allowed until August 15, 2013, to request leave to join additional parties or amend pleadings.

        b.      Defendant should be allowed until August 31, 2013, to request leave to join additional parties or amend pleadings.

        c.      After these dates, the Court will consider, inter alia, whether the granting of leave would delay trial.

        d.      The parties have discussed special procedures for managing this case, including reference of the case to a Magistrate Judge on consent of the parties under 28 U.S.C. §§636(c), or appointment of a master: The parties do not agree to consent to a Magistrate Judge, and they do not believe that appointment of a master is necessary.

        e.      Trial of the action is expected to take approximately seven (7) days; however, this estimate shall be revised as appropriate upon further discovery taken in this case. A jury trial has been demanded by Defendant.

        Date: July 1, 2013

                                BY:     /s/ Scott E. Murray
                                        Robert D. MacGill (robert.macgill@btlaw.com)
                                        Scott E. Murray (smurray@btlaw.com)
                                        Barnes & Thornburg LLP
                                        11 S. Meridian St.
                                        Indianapolis, IN 46204
                                        Telephone: (317) 236-1313
                                        Facsimile: (317) 231-7433

3

/s/ Bryan T. Simpson
Bryan T. Simpson (bsimpson@tcdg.com)
NC Bar No. 20136
Teague, Campbell, Dennis & Gorham, LLP
Post Office Box 19207
Raleigh, NC  27619-9207
Telephone: (919) 873-0166
Facsimile: (919) 873-1814

*Counsel for Plaintiff*
*Preferred Carolinas Realty, Inc.*

THE VAN WINKLE LAW FIRM
/s/ David M. Wilkerson
Larry S. McDevitt
State Bar No. 5032
David M. Wilkerson
State Bar No. 35742
Heather Whitaker Goldstein
State Bar No. 26194
11 North Market Street
Asheville, NC 28801
828-258-2991 (phone)
828-255-0255 (fax)
lmcdevitt@vwlawfirm.com (email)
dwilkerson@vwlawfirm.com (email)
hgoldstein@vwlawfirm.com (email)

FARKAS+TOIKKA, LLP
/s/ Richard S. Toikka
Richard S. Toikka (special appearance)
L. Peter Farkas
1101 30th Street, NW, Suite 500
Washington, DC 20007
202-337-7200 (phone)
202-337-7808 (fax)
rst@farkastoikka.com (email)

4

Christopher R. Miller (special appearance)
Chief Legal Officer & General Counsel
American Home Realty Network, Inc.
222 7th Street, 2nd Floor
San Francisco, California 94103
800-357-3321 (phone)
C.Miller@NeighborCity.com (email)

**Counsel for Defendant**
**American Home Realty Network, Inc.**