IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PREFERRED CAROLINAS REALTY, INC. )
)
)
) **ORDER APPOINTING MEDIATOR**
vs. )
)
AMERICAN HOME REALTY NETWORK, ) 1:13CV181
INC., doing business as Neighborcity.com )
)

It appearing to the Court that counsel for the parties have selected JONATHAN R. HARKAVY, Esquire, by agreement, as their mediator;

IT IS ORDERED, pursuant to Local Rule 83.9d(a), that JONATHAN R. HARKAVY is appointed mediator in the above-entitled action.

IT IS FURTHER ORDERED, pursuant to Local Rule 83.9e(b), that the mediator shall confer with the parties regarding scheduling of the mediated settlement conference, determine the place and time of the conference, and give notice to the parties.

FURTHER, when the mediated settlement conference is completed, the mediator shall submit the Report of Mediator to the Clerk, pursuant to Local Rule 83.9f.

Let copies of this order be sent to counsel for the parties and to the mediator.

This the ___6th___ day of August, 2013.

/s/ John S. Brubaker
John S. Brubaker
Clerk, U. S. District Court