**EXHIBIT I**

**TO**

**AHRN'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL
WRITTEN DISCOVERY AND 30(b)(6) DEPOSITION**

# FedEx Express US Airbill

FedEx Tracking Number: 8043 4758 5566
Form ID No.: 0215

## 1 From
Date: 12/17/2013
Sender's FedEx Account Number: [illegible] 1514-2891-9
Sender's Name: Lisa McDowell
Phone: (336) 403-8509
Company: BERKSHIRE HATHAWAY HOMESERVICE
Address: 404 MEADOWMONT VILLAGE CIR
City: CHAPEL HILL   State: NC   ZIP: 27517-7509

## 2 Your Internal Billing Reference

## 3 To
Recipient's Name: Copyright Office
Phone: (202) 707-5959
Company: Library of Congress
Address: 101 Independence Ave. SE
City: Washington   State: DC   ZIP: 20559-6000

0111784151

## 4 Express Package Service
[X] FedEx Standard Overnight

## 5 Packaging
[X] FedEx Envelope

## 6 Special Handling and Delivery Signature Options
[X] Direct Signature

Does this shipment contain dangerous goods?
[X] No

## 7 Payment  Bill to:
[X] Sender

611

Case 1:13-cv-00181-TDS-LPA   Document 43-9   Filed 12/31/13   Page 2 of 6

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼

Group Registration Photos, MLS# 1828800, published March 31, 2012, 20 photos

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VA 19826-761 | 2012 |
| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
| Aleck Carroll<br>Amanda Carroll | Preferred Carolinas Realty, Inc. |

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____ Line Heading or Description  Author

Incorrect Information as It Appears in Basic Registration ▼

Aleck Carroll and Amanda Carroll

Corrected Information ▼

Amanda Carroll

Explanation of Correction ▼

Claimant originally believed that both Aleck Carroll and Amanda Carroll were joint authors of the photographs.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

| FORM CA RECEIVED | FORM CA |

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION  ☐ YES  ☐ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Continuation of:** ☒ Part B *or* ☐ Part C

Claimant now understands that Amanda Carroll and Aleck Carroll each took a subset of the photographs. Through this supplementary registration, Claimant is removing from this registration the photographs taken by Aleck Carroll. Amanda Carroll should be listed as the only author, and the following photographs should be removed from the registration: 126_Bear_Oak_Drive_MLS1828800_Photo2, March 31, 2012
126_Bear_Oak_Drive_MLS1828800_Photo3 March 31, 2012
126_Bear_Oak_Drive_MLS1828800_Photo4, March 31, 2012
126_Bear_Oak_Drive_MLS1828800_Photo5, March 31, 2012
126_Bear_Oak_Drive_MLS1828800_Photo6, March 31, 2012
126_Bear_Oak_Drive_MLS1828800_Photo7, March 31, 2012
126_Bear_Oak_Drive_MLS1828800_Photo8, March 31, 2012
126_Bear_Oak_Drive_MLS1828800_Photo15, March 31, 2012
126_Bear_Oak_Drive_MLS1828800_Photo17, March 31, 2012
126_Bear_Oak_Drive_MLS1828800_Photo18, March 31, 2012
126_Bear_Oak_Drive_MLS1828800_Photo19, March 31, 2012
126_Bear_Oak_Drive_MLS1828800_Photo20, March 31, 2012

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Lisa McDowell; Preferred Carolinas Realty, Inc.; 110 Oakwood Drive, Winston-Salem, NC 27103 United States

Phone ( 336 ) 714-2444    Fax ( 336 ) 714-6313    Email lisa.mcdowell@bhhscarolinas.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author   ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of __Preferred Carolinas Realty, Inc.__
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Lisa McDowell                        Date ▼

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:

Name ▼ Lisa McDowell
Number/Street/Apt ▼ 110 Oakwood Drive
City/State/ZIP ▼ Winston-Salem, NC 27103

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F

SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

| PAID TO: | REGISTER OF COPYRIGHTS<br>101 INDEPENDENCE AVE SE<br>WASHINGTON, DC 20559 | | CHECK NO. | 120039 |
|---|---|---|---|---|
| PAYEE: 23584 | | CHECK DATE: 12/12/13 | TOTAL AMOUNT: | 100.00 |

| INV. DATE | INVOICE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 12/11/13 | FILING FEE | SUPPLEMENTARY REGISTRATION | 100.00 |

---

**BERKSHIRE HATHAWAY**
HomeServices

Carolinas Realty
York Simpson Underwood Realty
Yost & Little Realty

Wells Fargo
Winston-Salem
North Carolina

64-975/612

**120039**

| DATE | AMOUNT |
|---|---|
| 12/12/13 | $100.00 |

OPERATING ACCOUNT

Pay ONE HUNDRED AND NO/100

To The
Order Of: REGISTER OF COPYRIGHTS
101 INDEPENDENCE AVE SE
WASHINGTON, DC 20559

VOID AFTER 120 DAYS

2nd Signature Required Over $15,000

⑈001200039⑈ ⑆061209756⑆ 2079400543214⑈

*Mailed to Copyright office on 12/17/2013*

| | | PREFERRED CAROLINAS REALTY INC | OPERATING ACCOUNT | | |
|---|---|---|---|---|---|

PAID TO: REGISTER OF COPYRIGHTS  CHECK NO. 120039
101 INDEPENDENCE AVE SE
WASHINGTON, DC 20559

PAYEE: 23584          CHECK DATE: 12/12/13   TOTAL AMOUNT: 100.00

| INV. DATE | INVOICE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 12/11/13 | FILING FEE | SUPPLEMENTARY REGISTRATION | 100.00 |