UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PREFERRED CAROLINAS REALTY, INC.,  )
                                    )
            Plaintiff,              )
v.                                  )
                                    ) Civil Action No. 1:13-cv-00181
                                    )
AMERICAN HOME REALTY NETWORK,       )
INC., D/B/A NEIGHBORCITY.COM,       )
                                    )
            Defendant.              )
                                    )

## NOTICE OF INTENT TO FILE DISPOSITIVE MOTION

Pursuant to LR 56.1(a), Defendant American Home Realty Network, Inc., gives notice of its intent to file a Motion for Summary Judgment in this matter.

Dated: January 14, 2013

/s/ *Larry McDevitt*
Larry McDevitt
N.C. State Bar No. 5032
David Wilkerson
N.C. State Bar No. 35742
THE VAN WINKLE LAW FIRM
11 North Market Street
Asheville, NC 28801
Telephone: (828) 258-2991
Facsimile: (828) 257-2767
E-mail: lmcdevitt@vwlawfirm.com
E-mail: dwilkerson@vwlawfirm.com

COUNSEL FOR PLAINTIFF AHRN, INC.

1

/s/ Richard S. Toikka
Richard S. Toikka (special appearance)
L. Peter Farkas
FARKAS+TOIKKA, LLP
1101 30th Street, NW, Suite 500
Washington, DC 20007
202-337-7200 (phone)
202-337-7808 (fax)
rst@farkastoikka.com (email)

## CERTIFICATE OF SERVICE

I certify that on January 14, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bryan T. Simpson
Teague, Campbell, Dennis & Gorham, LLP
P.O. Box 19207
Raleigh, NC 27619-9207
bsimpson@tcdg.com

Robert D. MacGill
robert.macgill@btlaw.com
Scott E. Murray
smurray@btlaw.com
Barnes & Thornburg LLP
11 S. Meridan Street
Indianapolis, IN 46204
Attorneys for Plaintiff

/s/Larry McDevitt
Larry McDevitt