# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PREFERRED CAROLINAS REALTY, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action 1:13-cv-00181-TDS-LPA |
| | ) |
| v. | ) |
| | ) |
| AMERICAN HOME REALTY NETWORK, | ) |
| INC., D/B/A NEIGHBORCITY.COM, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF PREFERRED CAROLINAS REALTY, INC.'S NOTICE OF INTENT TO FILE DISPOSITIVE MOTION**

Plaintiff Preferred Carolinas Realty, Inc. ("Preferred Carolinas") hereby gives notice pursuant to Local Rule 56.1(a) that it intends to file a motion for summary judgment.

Respectfully submitted,

/s/ Scott E. Murray
Robert D. MacGill (robert.macgill@btlaw.com)
Scott E. Murray (smurray@btlaw.com)
Barnes & Thornburg LLP
11 S. Meridian St.
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433

/s/ Bryan T. Simpson
Bryan T. Simpson (bsimpson@tcdg.com)
NC Bar No. 20136
Teague, Campbell, Dennis & Gorham, LLP
Post Office Box 19207
Raleigh, NC  27619-9207
Telephone: (919) 873-0166
Facsimile: (919) 873-1814

*Attorneys for Preferred Carolinas Realty, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed this 14th day of January, 2014. Notice of this filing will be sent to all recipients listed below by operation of the Court's electronic filing system, which the parties may access through the Court's system.

CHRISTOPHER R. MILLER    c.miller@neighborcity.com

DAVID MATTHEW WILKERSON    dwilkerson@vwlawfirm.com

LARRY STEPHEN MCDEVITT    lmcdevitt@vwlawfirm.com, dwilkerson@vwlawfirm.com, hgoldstein@vwlawfirm.com, lpf@farkastoikka.com, sgarrett@vwlawfirm.com

RICHARD S. TOIKKA    rst@farkastoikka.com

RUSSELL O. PAIGE    rop@farkastoikka.com

*s/Scott E. Murray*