# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| PREFERRED CAROLINAS REALTY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action 1:13-cv-00181-TDS-LPA |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN HOME REALTY NETWORK, | ) | |
| INC., D/B/A NEIGHBORCITY.COM, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF PREFERRED CAROLINAS REALTY, INC.'S
## SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Preferred Carolinas Realty, Inc. ("Preferred Carolinas") hereby moves for partial summary judgment on its copyright infringement claims against Defendant American Home Realty Network, Inc. ("AHRN"). The undisputed evidence establishes that AHRN willfully copied and displayed photographs belonging to Preferred Carolinas without its permission, thereby infringing Preferred Carolinas' copyrights. As a matter of law, Preferred Carolinas is entitled to summary judgment with respect to AHRN's liability for willful copyright infringement, and the only issue that should remain for trial is the amount of damages.

Preferred Carolinas hereby incorporates the arguments set forth in the accompanying brief and the evidence cited therein.

Preferred Carolinas respectfully moves the Court (1) to grant summary judgment against AHRN with respect to liability for willful copyright infringement; (2) to enter a permanent injunction requiring that AHRN and its agents, servants, employees, officers, attorneys, successors, licensees, partners, and assigns, and all persons acting in concert or participation with each or any of them or any of their principals, cease directly or indirectly infringing, or causing, enabling, facilitating, encouraging, promoting, and inducing or participating in the infringement

of, any of Preferred Carolinas' copyrights or exclusive rights protected by the Copyright Act, whether now in existence or hereafter created and whether or not such copyrights have been registered; and (3) to grant all other just and proper relief.

Respectfully submitted, this the 31st day of January, 2014.

           BARNES & THORNBURG LLP

         BY: /s/ Scott E. Murray
           Robert D. MacGill (robert.macgill@btlaw.com)
           Scott E. Murray (smurray@btlaw.com)
           Barnes & Thornburg LLP
           11 S. Meridian St.
           Indianapolis, IN 46204
           Telephone: (317) 236-1313
           Facsimile: (317) 231-7433

           /s/ Bryan T. Simpson
           Bryan T. Simpson (bsimpson@tcdg.com)
           NC Bar No. 20136
           Teague, Campbell, Dennis & Gorham, LLP
           Post Office Box 19207
           Raleigh, NC  27619-9207
           Telephone: (919) 873-0166
           Facsimile: (919) 873-1814

           *Attorneys for Preferred Carolinas Realty, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed this 31st day of January, 2014. Notice of this filing will be sent to all parties listed below by operation of the Court's electronic filing system, which the parties may access through the Court's system.

CHRISTOPHER R. MILLER     c.miller@neighborcity.com

DAVID MATTHEW WILKERSON     dwilkerson@vwlawfirm.com

LARRY STEPHEN MCDEVITT     lmcdevitt@vwlawfirm.com, dwilkerson@vwlawfirm.com, hgoldstein@vwlawfirm.com, lpf@farkastoikka.com, sgarrett@vwlawfirm.com

RICHARD S. TOIKKA     rst@farkastoikka.com

RUSSELL O. PAIGE     rop@farkastoikka.com

*s/Scott E. Murray*